# EXHIBIT 1

DSW
8-15

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

**ABSTRACT OF JUDGMENT**
**FOR COMMITMENT TO STATE PRISON**

FILED
Robert D. Zumwalt, Clerk
AUG 13 1981
BY D. WILLIAMS, Deputy

THE PEOPLE OF THE STATE OF CALIFORNIA
PLAINTIFF

VS

JOHN LEE BAITIE    322 6½

John Lee Batie aka    DEFENDANT

DATE ~~July~~ 13, 1981

CASE NUMBER:    CR 53556

PRESENT

RAUL ROSADO
JUDGE OF THE SUPERIOR COURT

Edwin L. Miller, Jr., District Attorney

By    J. PIPPIN    DEPUTY

T. WARWICK
COUNSEL FOR DEFENDANT

D. WILLIAMS
CLERK

O. CHAVEZ
REPORTER

☐ PROBATION HAVING HERETOFORE GRANTED AND SAID PROBATION HAVING BEEN REVOKED ON

☒☒ APPLICATION FOR PROBATION IS DENIED.    THE DEFENDANT (IS DULY ARRAIGNED) (WAIVES FORMAL ARRAIGNMENT).

Count No.    One    , WHEREAS THE SAID DEFENDANT ON HIS PLEA

of Not Guilty    having

(GUILTY, NOT GUILTY, FORMER CONVICTION OR ACQUITTAL, ONCE IN JEOPARDY, NOT GUILTY BY REASON OF INSANITY)

been convicted by    Jury    of    Murder in the second degree

(THE COURT OR JURY)    (DESIGNATION OF CRIME AND DEGREE IF ANY, INCLUDING FACT THAT IT CONSTITUTES A SECOND OR SUBSEQUENT, IF THAT

AFFECTS THE SENTENCE)

IN VIOLATION OF    Penal Code Section 187

(REFERENCE TO CODE OR STATUTE, INCLUDING SECTION AND SUBSECTION THEREOF, IF ANY VIOLATED.)

YEAR CRIME COMMITTED IS    1981    .

THE DEFENDANT IS CREDITED FOR TIME SPENT IN CUSTODY, 271 TOTAL DAYS, INCLUDING:

ACTUAL LOCAL TIME 181 PC 4019(b) CREDIT 90 , STATE INSTITUTIONS TIME_____.

THE COURT FINDS:    (*IF NO FINDING MADE, ENTER "NO FINDING MADE")

No finding made    . THE DEFENDANT _____ ARMED WITH A DEADLY WEAPON AT THE TIME OF HIS COMMISSION
(WAS OR WAS NOT)
OF THE OFFENSE WITHIN THE MEANING OF Sections 969c and 12022 of the Penal Code.
*    . THE DEFENDANT did use A FIREARM IN HIS COMMISSION OF THE OFFENSE WITHIN THE MEANING
(USED OR DID NOT USE)
OF Sections 969d and 12022.5 OF THE Penal Code.
*
No finding made    . THE DEFENDANT _____ ARMED AT THE TIME OF HIS COMMISSION OF THE OFFENSE WITHIN THE
(WAS OR WAS NOT)
MEANING OF Section 1203 of the Penal Code and that weapon was

CR-36 CO. CLK. (2/79)    COPY

THE DEFENDANT HAS HAD PRIOR FELONY CONVICTIONS AS FOLLOWS:

| DATE | COUNTY AND STATE | CRIME | DISPOSITION |
|------|------------------|-------|-------------|

None

It is therefore ordered, adjudged and decreed that the defendant be punished by imprisonment in the State Prison of the State of California for the term prescribed by law. It is ordered that the sentences shall be served in respect to one another as follows (CC or CS):

   N/A

and in respect to any prior incompleted sentence(s) as follows  (CC or CS):

   N/A

   It is further ordered that the defendant be remanded to the Sheriff of the County of San Diego; and pursuant to the aforesaid judgment, this is to command you, the Sheriff to deliver the defendant into the custody of the Director of Corrections of the State of California at the California Institution for ~~Men at Chino,~~  California at your earliest convenience.
Women at Frontera,

The Court( _did_ )instruct the defendant of his right to appeal in accordance with Rule 250, California Rules of Court.

   I certify the foregoing to be a true and correct abstract of the Judgment made and entered on the minutes of the Superior Court herein.

Dated:  August 13, 1981

ROBERT D. ZUMWALT, COUNTY CLERK

By _____ Deputy

RAUL ROSADO
_____
JUDGE OF THE SUPERIOR COURT