**EXHIBIT 4**



Court of Appeal, Fourth Appellate District, Div. 1 - No. D049411
S149495

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

In re JOHN L. BATIE on Habeas Corpus

The petition for review is DENIED.

Moreno, J., is of the opinion the petition should be granted.

SUPREME COURT
FILED
MAR 2 1 2007
Frederick K. Ohlrich Clerk
———————————
DEPUTY

GEORGE
———————————
Chief Justice