IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN L. BATIE,

        Petitioner,

  v.

ANTHONY KANE, Warden,

        Respondent.
                                      /

No. CV-07-2402 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

**( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** respondent's motion to dismiss the petition as untimely is hereby GRANTED and the petition for a writ of habeas corpus is hereby DISMISSED.

Dated: November 13, 2007                                  Richard W. Wieking, Clerk

                                                                     By: Tracy Lucero
                                                                       Deputy Clerk